JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY BRADLEY HOLMS, et al., | Case No. CV 12-3765 FMO (MRWx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CITY OF LONG BEACH, et al., | |
| Defendants. | |

On October 21, 2014, the foregoing matter was called for trial before the undersigned judge. On that date a panel of jurors was called and sworn. Following presentation of evidence, argument of counsel and instructions by the court, the case was submitted to the jury for decision. On October 24, 2014, the jury returned a unanimous verdict. Pursuant to the jury's verdict, IT IS ADJUDGED as follows:

1. Plaintiff Jay Bradley Holms shall recover one-hundred and fifty thousand dollars ($150,000.00) from defendants Eric Fritz and Jeremy Chavez in compensable damages for which these defendants are jointly and severally liable.

2. Plaintiff Julie Holms shall recover twenty-five thousand dollars ($25,000.00) from defendant Eric Fritz in compensable damages.

Dated this 27th day of October, 2014.

/s/
Fernando M. Olguin
United States District Judge